# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR391 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN WAYS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of First Assistant Federal Public Defender Shannon P. O'Connor and the Office of the Federal Public Defender to withdraw as counsel for the defendant, John Ways, Jr. (Ways) (Filing No. 123).  Mr. O'Connor represents that he and the Office of the Federal Public Defender has a conflict of interest in this matter.  Mr. O'Connor's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 123) is granted.

    Mark A. Weber, P.O. Box 540125, Omaha, NE 68154-0125, (402) 330-6300, is appointed to represent Ways for the balance of these proceedings pursuant to the Criminal Justice Act.  Mr. O'Connor shall forthwith provide Mr. Weber with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Ways' defense.

    The clerk shall provide a copy of this order to Mr. Weber, and he shall file his appearance forthwith.

    **IT IS SO ORDERED.**

    DATED this 30th day of January, 2013.

                                                 BY THE COURT:

                                                 s/ Thomas D. Thalken
                                                 United States Magistrate Judge