IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR391 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN WAYS, JR., | ) | |
| FRANK FIROZ, | ) | |
| CHRISTIAN FIROZ, | ) | |
| RHONDA DECAMP, | ) | |
| CONSTANCE HAGELSTEIN, | ) | |
| JOSHUA WELLBORN, | ) | |
| ALAN DAVIS, | ) | |
| MARK COONEY, | ) | |
| MICHAEL BLACKSTONE, | ) | |
| DAVID ROBERTS, | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motions for an extension of time to file pretrial motions by defendants John Ways, Jr. (Ways) (Filing No. 132) and Frank Firoz (Firoz) (Filing No. 131). Both seek an additional thirty days in which to file pretrial motions. Both counsel represent that government's counsel has no objection to the motion. The motions will be granted. This is a multi-defendant case and the extension of time will be granted to all co-defendants in the case.

**IT IS ORDERED:**

Defendants Ways' and Firoz's motion for an extension of time (Filing Nos. 131 and 132) are granted. **ALL DEFENDANTS** in this matter are given until **on or before March 29, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **February 22, 2013, and March 29, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this

case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 22nd day of February, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate