## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR391 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN WAYS, JR., a/k/a John Ways, II, | ) | |
| a/k/a John Blacksteel, | ) | |
| NKOSI, INC., a Nebraska corporation, | ) | |
| FRANK FIROZ, | ) | |
| CHRISTIAN FIROZ, | ) | |
| RHONDA DECAMP, | ) | |
| CONSTANCE HAGELSTEIN, a/k/a Lilli, | ) | |
| a/k/a Lili, | ) | |
| JOSHUA WELLBORN, | ) | |
| ALAN DAVIS, | ) | |
| MARK COONEY, | ) | |
| MICHAEL BLACKSTONE, | ) | |
| DAVID ROBERTS, a/k/a Scooby, and | ) | |
| JEANETTE BELK, a/k/a Sonja, | ) | |
| | ) | |
| Defendants. | ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment for any defendant in this matter, except for the corporate defendant, NKOSI, Inc., shall immediately precede any pretrial hearing, the jury selection, or a change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 2nd day of May, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge