IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR391 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN WAYS, JR., a/k/a John Ways, II, | ) | |
| a/k/a John Blacksteel, | ) | |
| NKOSI, INC., a Nebraska corporation, | ) | |
| FRANK FIROZ, | ) | |
| CHRISTIAN FIROZ, | ) | |
| RHONDA DECAMP, | ) | |
| CONSTANCE HAGELSTEIN, a/k/a Lilli, | ) | |
| a/k/a Lili, | ) | |
| JOSHUA WELLBORN, | ) | |
| ALAN DAVIS, | ) | |
| MARK COONEY, | ) | |
| MICHAEL BLACKSTONE, | ) | |
| DAVID ROBERTS, a/k/a Scooby, and | ) | |
| JEANETTE BELK, a/k/a Sonja, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motions for an extension of the pretrial motion deadline by defendants John Ways, Jr. (Filing No. 197), Alan Davis (Filing No. 198), David Roberts (Filing No. 199), Jeanette Belk (Filing No. 201), Constance Hagelstein (Filing No. 202), and Rhonda DeCamp (Filing No. 203). All motions seek an extension of the current pretrial motion deadline of July 18, 2013, established during the Rule 17.1 conference (Filing No. 179), for a period of sixty days until September 18, 2013. Moving counsel represent that government's counsel has no objection to the motion. For good cause shown, the motions will be granted and the pretrial motion deadline will be extended for all defendants in the case.

**IT IS ORDERED:**

1. The motion to extend (Filing Nos. 197, 198, 199, 201, 202, and 203) are granted.

2. ALL DEFENDANTS are given until on or before September 18, 2013, in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the **time between July 18, 2013, and September 18, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of July, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge