IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:12CR391** |
| vs. | ) | **ORDER** |
| **JOHN WAYS, JR.,** a/k/a John Ways, II, a/k/a John Blacksteel, **NKOSI, INC.,** a Nebraska corporation, **FRANK FIROZ, CHRISTIAN FIROZ, RHONDA DECAMP, CONSTANCE HAGELSTEIN,** a/k/a Lilli, a/k/a Lili, **JOSHUA WELLBORN, ALAN DAVIS, MARK COONEY, MICHAEL BLACKSTONE, DAVID ROBERTS,** a/k/a Scooby, and **JEANETTE BELK,** a/k/a Sonja, | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motions to file pretrial motions out of time by defendants Belk and Ways (Filing Nos. 213 and 216). The defendants seek permission to file pretrial motions based on discovery yet to be furnished by the government since the pretrial motion deadline of November 4, 2013, has passed. **See** Filing No. 209 - Order. The motions will be granted as to the moving defendants **and as to all other defendants** to the extent that any pretrial motion shall be limited to the material provided by the government on or after the date of this order and **any such motion shall be filed within ten calendar days of the delivery of such discovery**. Any such motion shall set forth in the motion the date of the receipt by defense counsel of the material which is the subject of the motion.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2013.

                                                  BY THE COURT:

                                                  s/ Thomas D. Thalken
                                                  United States Magistrate Judge