IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR391 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN WAYS, JR.., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on January 2, 2014, and is before the court on the oral motion of Mark A. Weber, court appointed attorney, to withdraw as counsel for the defendant, John Ways, Jr. (Filing No. 230). Mr. Weber represents that he has a conflict of interest in this matter. Mr. Weber's oral motion to withdraw is granted.

**IT IS ORDERED:**

Donald L. Schense, 1304 Galvin Road South, Bellevue, Nebraska 68005, (402) 291-8778, is appointed to represent Mr. Ways for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Weber shall forthwith provide Mr. Schense with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Weber which are material to the defendant's defense.

The clerk shall provide a copy of this order to Mr. Schense, and he shall file his appearance forthwith.

DATED this 2nd day of January, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge