IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR391 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN WAYS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for clarification by counsel for defendant John Ways, Jr. (Ways) (Filing No. 293). Mr. Schense was appointed to represent Ways on January 2, 2014 (Filing No. 231). He was not appointed to represent defendant NKOSI, Inc. Further, defendant NKOSI, Inc. was arraigned on June 3, 2013, by means of an appearance of NKOSI, Inc.'s registered agent, Adrienne Davis (Filing No. 195). However, no attorney has entered an appearance for NKOSI, Inc.

The motion (Filing No. 293) is granted to the extent set forth above.

**IT IS SO ORDERED.**

DATED this 20th day of March, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge