IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>   vs.<br><br>JOHN WAYS JR., FRANK FIROZ, CHRISTIAN FIROZ, RHONDA DECAMP, CONSTANCE HAGELSTEIN, JOSHUA WELLBORN, ALAN DAVIS, MARK COONEY, MICHAEL BLACKSTONE, DAVID ROBERTS,  NKOSI, INC., a Nebraska corporation; and JEANETTE BELK,<br><br>               Defendants. | 8:12CR391<br><br>ORDER |

      This matter is before the Court sua sponte.   The defendant, John Ways, Jr., is currently scheduled to appear before the magistrate judge on April 15, 2014.   The Court hereby orders the Clerk to refer all pending motions to the docket of Judge Joseph F. Bataillon and to take off the referral for Magistrate Judge Thomas D. Thalken as to any pending motions.  The hearing on all motions, including Filing Nos. 303, 304, 305, and 307, will proceed as planned on April 15, 2014, at 1:30 p.m. before Judge Joseph F. Bataillon, Roman Hruska Building, Courtroom No. 3, 111 S. 18th Plaza, Omaha, Nebraska.

      IT IS SO ORDERED.

      Dated this 4th day of April, 2014.

                                               BY THE COURT:

                                               s/ Joseph F. Bataillon
                                               United States District Judge