# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR391 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN WAYS, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of defendant John Ways, Jr. (Ways) regarding pending charges in Lancaster County, Nebraska (Filing No. 369). To the extent possible, the U.S. Marshal shall temporarily transfer Ways to the Lancaster County Correctional Facility by close of business on Friday, June 20, 2014. Should Lancaster County require Ways' presence in the courts of Lancaster County, the U.S. Marshal shall permit deputies from Lancaster County to transport Ways from the Lancaster County Correctional Facility from time to time to such court proceedings and return him to the U.S. Marshal's custody in the Lancaster County Correctional Facility. Upon the completion of such court proceedings in Lancaster County, the U.S. Marshal shall return Ways to the U.S. Marshal's custody at the Douglas County Correctional Facility.

    **IT IS SO ORDERED.**

    DATED this 18th day of June, 2014.

                                              BY THE COURT:

                                              s/ Thomas D. Thalken
                                              United States Magistrate Judge