IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN WAYS, JR.,<br><br>               Defendant. | 8:12CR391<br><br>**ORDER** |

This matter comes on before the court on the parties' joint request to provide a mechanism by which John Ways, Jr. can review the non-drug and the non-contraband evidence seized by law enforcement on September 13, 2012, and on December 21, 2012. The court is advised that the United States Marshal's Service has no objection to the agreed-upon procedure. Accordingly, the court finds the parties' request should be granted.

IT IS THEREFORE ORDERED:

1. On Thursday, July 31, 2014, ATF Special Agent Paul White will deliver to the U.S. Marshal's Service the non-drug and the non-contraband evidence currently in its possession and which has not already been provided in discovery.

2. The U.S. Marshal's Service will bring John Ways, Jr. to its space in the Omaha Federal Courthouse on July 31, 2014, and will facilitate John Ways, Jr.'s and his attorney's review of the materials provided by ATF Agent White.

3. The U.S. Marshal's Service will return John Ways, Jr. to the local jail by close of business on July 31, 2014.

Dated this 28th day of July, 2014.

                                                              BY THE COURT:

                                                              s/ Joseph F. Bataillon
                                                              United States District Judge