IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN WAYS, JR., FRANK FIROZ,<br><br>      Defendants. | 8:12CR391<br><br>ORDER |

  This matter is before the court sua sponte. On September 18, 2014, counsel for the government filed two motions, one for preliminary forfeiture and the other for forfeiture of money judgment. Filing Nos. 496 and 497. Thereafter, the government filed an amended forfeiture money judgment, Filing No. 500, and then withdrew the same, Filing No. 501. Accordingly, the court shall give defense counsel 14 days from the date of this order to respond to Filing Nos. 496 and 497, and the government shall have 7 days thereafter to so respond.

  IT IS SO ORDERED.

  Dated this 8th day of October, 2014.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge