IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN WAYS, JR., et al.<br><br>                    Defendant. | 8:12CR391<br><br>**ORDER** |

    This matter comes on before the Court upon the oral motion of the United States requesting the Court direct the U.S. Marshals Service give to the Bureau of Alcohol, Tobacco, Firearms and Explosives any suspected controlled substances which may have come into the Marshals Service's possession while John Ways, Jr., was reviewing evidence in preparation for trial.

    IT IS HEREBY ORDERED:

    1.    The U. S. Marshals Service will turn over to the Bureau of Alcohol, Tobacco, Firearms and Explosives any suspected controlled substances in its possession as a result of John Ways, Jr.'s trial.

    2.    The Bureau of Alcohol, Tobacco, Firearms and Explosives will take possession of said substances, then take the necessary steps to destroy the same.

    Dated this 29th day of October , 2014.

                                    BY THE COURT:

                                    s/ Joseph F. Bataillon
                                    Senior United States District Court Judge