IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN WAYS JR., NKOSI, INC. a Nebraska corporation;<br><br>    Defendants. | 8:12CR391<br><br>ORDER |

This matter is before the Court on the government's motion to extend time, Filing No. 600, to respond to the defendant's objection to forfeiture in this case. The Court has reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED THAT:

1. The government's motion to extend time, Filing No. 600, is granted. The government shall have until February 11, 2015, to file a response to the defendant's forfeiture motion.

Dated this 9th day of February, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge