IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR391 |
| vs. | |
| JOHN WAYS, JR., | ORDER |
| Defendant. | |

This matter is before the Court on defendant's motion for extension of time to submit exhibits and memorandums in support of his §2255 motion, [Filing No. 764](). The defendant has attached a letter outlining numerous closings of the law library in the last four months. If Mr. Ways is not granted access in the next few weeks, the Court will hold a phone conference with the prison administration regarding this issue. The defendant shall file his brief within 30 days of the receipt of this order, or he shall otherwise notify the Court that his access continues to be restricted. Further, the Clerk of Court shall issue a copy of this Order to the Warden of USP-Leavenworth.

IT IS SO ORDERED.

Dated this 24th day of April, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge