IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN WAYS JR.,<br><br>　　　　　　Defendant. | 8:12CR391<br><br>**ORDER** |

This matter is before the court on defendant John Ways, Jr.'s motion for extension of time to submit memorandum and exhibits in support of his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, Filing No. 766. The United States has been ordered to answer within 21 days. *See* Filing No. 767. Accordingly,

IT IS ORDERED THAT:

　　1.　The defendant's motion for extension, Filing No. 766, is granted in part.

　　2.　The defendant shall have 30 days from the date of this order to submit his memorandum and exhibits in support of his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, Filing No. 755.

Dated this 7th day of June, 2018.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Senior United States District Judge