IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:12CR391** |
| v. | |
| JOHN WAYS JR., | **ORDER** |
| Defendants. | |

This matter is before the Court on the defendant's motion to extend time, Filing No. 789, to complete defendant's 2255 motion. The Court has reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED THAT:

1. The defendant's motion to extend time, Filing 789, is granted. The defendant shall have until March 25, 2019, to file a 2255 motion.

Dated this 22nd day of February, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge