IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:12CR391** |
| v. | |
| JOHN WAYS JR., | **ORDER** |
| Defendant. | |

It has been brought to the Court's attention that due to circumstances out of the Defendant's control, the Defendant was not able to file a 2255 motion before the due date of March 25, 2019.

THEREFORE, IT IS ORDERED THAT:

1. The defendant shall have until April 2, 2019, to file a 2255 motion.

Dated this 26th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge