IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:12CR391 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| JOHN WAYS, JR., | |
| Defendants. | |

This matter is before the Court on the notice of appeal, Filing No. 792, filed by the defendant, John Ways, Jr. Defendant appears to appeal Filing Nos. 786 and 787. However, this Court has not yet ruled on either of those motions. Accordingly, the Court finds the notice of appeal is premature and frivolous at this time. The Court will not issue a certificate of appealability. *See* Rule 11(a) of the Rules Governing Proceedings under 28 U.S.C. § 2255.

IT IS SO ORDERED.

Dated this 3rd day of April, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge