IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:12CR00391 |
| JOHN WAYS, JR., | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion to vacate under 28 U.S.C. 2255, Filing No. 755. The Court has determined that appointment of counsel is appropriate.

IT IS ORDERED that Marti S. Sleister, 1627 Military Ave., Fremont, NE 68025, is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Marti S. Sleister.

DATED this 17TH day of December 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge