IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN WAYS JR.,<br><br>                    Defendant. | 8:12CR391<br><br>**ORDER** |

This matter is before the Court on counsel's motion to withdraw as attorney of record. Filing No. 834. The Court conducted a hearing on this motion on March 4, 2021.

IT IS ORDERED THAT counsel's motion to withdraw, Filing No. 834, is granted.

IT IS FURTHER ORDERED that Beau G. Finley, 209 South 19th Street, Suite 500, Omaha, NE 68102, is appointed as standby counsel for the above-named defendant in this matter and shall forthwith file an appearance in this case.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Beau G. Finley.

Dated this 8th day of March, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge